1. ADRIAN MOON - MCJI-2500-88 BK NO 5408674
2. 441 BAUCHET STREET
   Los Angeles, CA 90012
3. CELL: (626) 360-9896 or (702) 756-6336
4. E-MAIL: adriandaredeemer@gmail.com  RELATED DDJ
5.
6. Attorney For Plaintiffs IN Pro Se
   FRED UE
7.

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8.          UNITED STATES DISTRICT COURT
9.          CENTRAL DISTRICT OF CALIFORNIA
10.               CRIMINAL DIVISION
11. UNITED STATES OF        CASE NO. LA18CV08336-SVW(FFM)
12. AMERICA; ADRIAN MOON,   LEAD RELATED PENDING
13. SAUL ANDADE,            CASE: 2:18-CV-01558-
14.      Plaintiffs          SVW - FPM
15.     VS.                 WRIT PETITION
16. TERRI McDONALD CHIEF    18 U.S.C. SS 241; 242
17. DEPUTY PROBATION DEPUTY  CRIMINAL COMPLAINT
18. SCOTT KERNAN, FORMER    1. CRIMINAL CONSPIRACY
19. SECRETARY CDC, MANUAL ROJAS 2. KIDNAP FOR RANSOM
20. DEPUTY PROBATION OFFICER II 3. PUBLIC CORRUPTION
21. MICHAEL LOREN MILLER    4. PERJURY
22. SUPERVISOR HEARING OFFICER 5. CRIMINAL FRAUD
23. JACKEY LACEY, DISTRICT  6. SUPERVISORAL
24. ATTORNEY, LOS ANGELES County  NEGLIGENCE
25. LEROY BACA, Former Sheriff
26. KATHRYN BARGER, 5th
27. District Supervisor, LA.
28.      Defendants

LODGED
CLERK U.S. DISTRICT COURT
SEP 20 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITION

PARTIES          JURISDICTION

1 Plaintiffs in this action are the People of CALIFORNIA, ADRIAN MOON and SAUL ANDADE all citizens of United States of America and the State of CALIFORNIA.

2. Defendants are SCOTT KERNAN, Former Secretary of C.D.C.R.; Terri MCDONALD CHIEF PROBATION Deputy; MARISOL ROJAS DEPUTY PROBATION OFFICER II; MICHAEL LOREN MILLER, SUPERIOR HEARING officer, L.A. County Probation Dept. JACKIE LACEY, DISTRICT ATTORNEY LOS ANGELES COUNTY, LEROY BACA FORMER SHERIFF OF LOS ANGELES COUNTY. Kathryn Barber, Board of Supervisors 5th District and all are citizens of the United States and the State OF CALIFORNIA.

Plaintiffs rea llage and incorporate paragraphs 1, 2 as set forth herein.

COUNT NO. 1
CRIMINAL CONSPIRACY
PENAL CODE §182 (a-c)

3. On or about January 19, 2018 Defendant Terri McDonald, CHIEF

2.

1  Scott Kernan, Former secretary of
2  C.D.C.R. Marisol Rojas, Deputy
3  probation officer II, Michael Loren
4  Miller, supervising hearing officer
5  Jackie Lacey, District Attorney
6  L.A. county, Leroy Baca, Former
7  Sheriff L.A. County, Kathry
8  Barber, Board of Supervisors
9  5th District L.A. county, with
10  willful deliberate, wanton egre-
11  gious miasmic criminal conspiracy
12  prepared offered then filed a
13  False forged instrument (Petition)
14  People of CALIFORNIA v ADRIAN MOON
15  case no 8PRO9534 in the Pinchot
16  Courthouse dept B2.27 to kidnap
17  falsely imprison plaintiffs
18  Adrian Moon and Saul Andade
19  on September 6, 2018.
20  Plaintiffs reallages and incorporates
21  paragraph 3 as set forth herein
22
23            COUNT NO. 2
24        KIDNAP FOR RANSON
25        Penal Code §§ 217; 237
26  4. On or about Sept 10, 2018
27  Defendants Jackie Lacey, A.A.
28  Los Angeles County, Terri McDonald

(3)

1  Chief Probation Deputy, Marisol
2  Rojas, Deputy Probation officer II
3  Michael Loren Miller, Supervisor,
4  Public Defender Mr. Mendoza,
5  held hostage Plaintiff Moon
6  and Andade (Kidnapped
7  for Ransom) not allowing them
8  to appear in Dept 83 as ordered
9  by the court, The Judge, yelling
10 "Where are Moon and Andade
11 they were ordered to appear today
12 in this courtroom (Dept 83)

13
14            Count No 3
15          Public Corruption
16          18 U.S.C. §§ 241; 242
17 Plaintiffs realleges paragraph 4
18 and Incorporates as set forth herein.
19 5. On February 4, 2010. Defendant
20 Leroy Baca and other criminal
21 conspired prepared, offered and
22 filed with the court a False Forged
23 instrument that falsely imprisoned
24 Plaintiffs Moon and Andade
25 for more than nine Years and
26 more than (5) years past plaintiffs
27 Early Release Protection Date (E.R.P.O)
28 at December 14, 2013. Plaintiffs

1  were finally released on January
2  19, 2018
3  ///
4      COUNT NO. 4
5      PREJURY
6      PENAL CODE 3 1 18 6(a)
7  Plaintiffs reallages paragraphs
8  5 incorporated as set forth herein
9  6. On August 23, 2018, Defendants
10 Terri McDonald, chief, Marisol
11 Rojas, DPO11, and michael Loren
12 Miller, Supervisor hearing officer
13 and SPEO filed a false-forged
14 instrument (Petition) that
15 capitulating a Judge to issue
16 a voidable warrent for plaintiffs
17 arrest from perjurious statements
18 Defendants pleaded "The PSP NOT
19 COMPLAINT WITH POST-RELEASE Community
20 SUPERVISION (PRCS) condition X-23-
21 "Report AS INSTRUCTED" nor WITH PRCS
22 condition X 72 - "COMPLY WITH ALL
23 INSTRUCTIONS" HE HAS FAILED TO
24 CONTACT THE PROBATION DEPT, A
25 RECORDS CHECK CONDUCTED on 8-20-2018
26 INDICATED THE PSP WAS NOT IN
27 CUSTODY. His CURRENT ACTIVITIES AND
28 WHEREABOUTS ARE UNKNOWN
                    (5)

1  Defendants McDonald, Rojas, Miller
2  and (SPDO)" On August 20, 2018 through
3  August 23, 2018 was in possession
4  of Plaintiff's current address 1636
5  South Tremaine Ave, L.A. CA, 90016
6  and new phone number of (626)
7  360-9896 and other family members
8  numbers "
9  ///

COUNT NO. 5
CRIMINAL FRAUD
Penal Code §§ 451, 132, 134

12 Plaintiff's realleges paragraph 6
13 incorporated as set forth herein.
14 7. On Sept 6 2018, Defendant Teri
15 McDonald, Jackie Lacey, D.A., Scott Kernan
16 secretary CDCR, marisol Rojas, DPO11,
17 Michael Loren Miller and SPPO
18 criminally conspired to arrest
19 Plaintiffs so that Plaintiff would
20 not be present in court on 9-12-18
21 in dept 27, in case Beddie Moon
22 V. Moon, case no BDU81244.

COUNT NO. 6
SUPERVISORAL NEGLIGENCE

26 Plaintiff's realleges paragraph 7
27 incorporated as set forth herein.
28  (b)

1   8. Between the period of August
2   13, 2009 to present, Defendants
3   Leroy Baca, former Sheriff, Scott
4   Kernan, Secretary CDCR,
5   Terri McDonald, Chief
6   Probation Deputy, have failed
7   to reprimand the criminal
8   misconduct of their subrodinates
9   and have actively participated
10  and condoned the miasmic
11  criminal misconduct of their
12  subrodinates causing plaintiffs
13  to be falsely imprisoned for nine
14  years and counting and to
15  lose property in excess of
16  Ten (10) million dollars.
17
18  DATED: Sept 13, 2018
19                    by
20                    ADRIAN MOON
21
22                    by
23                    SAUL ANDADE
24
25
26
27
28

(7)

United States Central Dist Court
~~4th~~ ATTN: Criminal filing Clerk
255 E. Temple Street
L.A. CA 90012
RE: New ~~Filing Clerks Instructions~~ Filing Criminal (Petition)
Complaint U.S. et al v Terri
McDonnais et al.

Dear ~~Filing~~ Clerk.

I Am an indigent incar-
cerated inmate at the L.A.
County Jail, Defendants would
not allow nor provide me
copies for proper filing
with the ~~filing~~ clerks office
Please can your office make
the neccarry copies for filing
of this new criminal complaint
filing. Thanks IN Advance
God bless You

Sept 13, 2016                    ADRIAN MOON

Enclosed = Request to Proceed
In forma Pauperis, criminal
complaint





LEGAL MAIL

FSC
MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016